**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE WILLIAMS, ) <br>      Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CERIDA INVESTMENT CORP., *et al.*, ) <br> ) <br>      Defendants. ) | Case No. 2:16-cv-00284-JAD-GWF <br><br> **<u>ORDER</u>** |

     This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed February 11, 2016. Defendants filed their Answer (#8) on March 15, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

     **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 20, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

     DATED this 10th day of May, 2016.

                                             _____
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge