DEANNA L. FORBUSH, ESQ. (NSBN 6646)
BERT WUESTER, ESQ. (NSBN 5556)
**MORRIS POLICH & PURDY, LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:     (702) 862-8300
Facsimile      (702) 862-8400
Emails:        DForbush@mpplaw.com
               BWuester@mpplaw.com

Attorneys for Defendants, CERIDA INVESTMENT
CORP. and ANSWERNET, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE WILLIAMS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CERIDA INVESTMENT CORP., a Pennsylvania Corporation; ANSWERNET, INC., a Delaware Corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.:     **2:16-cv-0284-JAD-GWF**<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' SECOND MOTION FOR WAIVER OF APPEARANCE** |

Pursuant to Defendants' Second Motion for Waiver of Appearance, and for good cause shown,

**IT IS HEREBY ORDERED**, that Defendants' Second Motion for Waiver of Appearance is **GRANTED**, and Defendants' Corporate Attorney and Representative, Judy Weber, will be permitted to appear telephonically at the June 23, 2016 Early Neutral Evaluation session.

DATED this ___23rd___ day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE