DEANNA L. FORBUSH, ESQ. (NSBN 6646)
BERT WUESTER, ESQ. (NSBN 5556)
**MORRIS POLICH & PURDY LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:   (702) 862-8300
Facsimile:    (702) 862-8400
Emails:        DForbush@mpplaw.com
                    BWuester@mpplaw.com

Attorneys for Defendants, CERIDA INVESTMENT CORP. and ANSWERNET, INC.

**RYAN ALEXANDER, CHTD.**
RYAN ALEXANDER, ESQ. (NSBN 10845)
3017 W. Charleston Boulevard, Suite 58
Las Vegas, Nevada 89102
Telephone:   (702) 868-3311
Facsimile:    (702) 822-1133
Email:          ryan@ryanalexander.us
Attorney for Plaintiff MICHELLE WILLIAMS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE WILLIAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CERIDA INVESTMENT CORP., a Pennsylvania Corporation; ANSWERNET, INC., a Delaware Corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   2:16-cv-00284-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff MICHELLE WILLIAMS, by and through her counsel of record, Ryan Alexander, Esq. of Ryan Alexander, Chtd. and Defendants CERIDA INVESTMENT CORP. ("Cerida") and ANSWERNET, INC.

("AnswerNet"), collectively (the "Defendants"), by and through their counsel of record, Deanna L. Forbush, Esq. of Morris Polich & Purdy LLP, that this action be dismissed, with prejudice, in its entirety, each party bearing her/its own costs and attorney's fees.

DATED this ____ day of December, 2016.

| RYAN ALEXANDER, CHTD. | MORRIS POLICH & PURDY LLP |
|---|---|
| By: _____ | By: _____ |
| Ryan Alexander, Esq. (NSBN 10845) | Deanna L. Forbush, Esq. (NSBN 6646) |
| 3017 W. Charleston Boulevard, Suite 58 | Bert Wuester Jr., Esq. (NSBN 5556) |
| Las Vegas, Nevada 89102 | 3800 Howard Hughes Parkway, Suite 500 |
| Attorney for Plaintiff | Las Vegas, Nevada 89169 |
|  | Attorneys for Defendant |

## ORDER

Based on the parties' stipulation [ECF No. 28] and with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

DATED: 12/7/16

LV224286.DOCX